# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# EASTERN DIVISION

UNITED STATES OF AMERICA                                                              PLAINTIFF

v.                                          No. 2:12CV00096 JLH

RANDALL KNIGHT; BECKY KNIGHT;
TOMMY SIMS; and CHERYL SIMS                                                         DEFENDANTS

## ORDER

Without objection, the motion to dismiss the Bank of McCrory is GRANTED. Document #6. The plaintiff's complaint against the Bank of McCrory is dismissed without prejudice.

IT IS SO ORDERED this 4th day of September, 2012.

_J. Leon Holmes_
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE